Order issued September 24, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00606-CV

**VOLTAIX, LLC, Appellant**

V.

**JOHN AJONGWEN, Appellee**

## ORDER

We **GRANT** appellant's September 18, 2012 unopposed motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before October 2, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE